# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2020 KW 0031

MAR 0 3 2020

In Re:  Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 07-WFLN-177.

**BEFORE: WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED.** Relator's arguments in the motion to correct an illegal sentence do not relate to the legality of his sentence itself under the applicable statute; and, thus, the issues may not be raised in a motion to correct an illegal sentence. See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695 (per curiam); **State v. Gedric**, 99-1213 (La. App. 1st Cir. 6/3/99), 741 So.2d 849, 851-52 (per curiam), writ denied, 99-1830 (La. 11/5/99), 751 So.2d 239. In the instant writ application, relator is attempting to file an untimely, repetitive, and successive application for postconviction relief. See La. Code Crim. P. arts. 930.4 & 930.8. Having fully litigated his claims in accord with La. Code Crim. P. art. 930.6, hereafter, unless he can show that one of the narrow exceptions authorizing the filing of a successive application provided in La. Code Crim. P. art. 930.4 applies, relator has exhausted his right to postconviction relief. See **State ex rel. Bonvillain v. State**, 2015-2331 (La. 3/14/16), 186 So.3d 644 (per curiam); see also **State ex rel. Kelly v. State**, 2016-1524 (La. 11/28/17), 230 So.3d 200 (per curiam).

VGW
JMG
WJB

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving pro tempore by special appointment of the Louisiana Supreme Court.